■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IAN WALLEN, Appellant. [957 NYS2d 261]—An appeal having been

taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Richard D. Carruthers, J.), rendered on or about June 15, 2011, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Gonzalez, P.J., Friedman, Saxe, Richter and Abdus-Salaam, JJ.